

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

N.G.,

    Plaintiff,

v.

UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); DARRELL SMITH (A/K/A "DIRTY DICK SMITH"); NAKIE NUNLEY; RAY J. GARCIA; and DOES 1-25, inclusive,

    Defendants.

CASE NO. 26-cv-00432-LJC

**ORDER GRANTING PLAINTIFF'S APPLICATION TO MAINTAIN ANONYMITY**

Plaintiff has submitted an administrative motion to maintain her anonymity.

This Court, having considered the briefs and other documents in support of the application and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion to Maintain Her Anonymity is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
United States District Court Judge

THE PRIDE LAW FIRM

- 1 -

ORDER GRANTING MOTION TO MAINTAIN ANONYMITY